**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| GREGORY MILTON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AW-08-1090 |
| DIRECT MERCHANTS BANK, *et al.*, | * | |
| Defendants. | * | |

*****************************************************************************

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, IT IS this 17th day of December, 2008, by the United States District Court for the District of Maryland, **ORDERED** that:

1. Defendants' Motions to Dismiss (Docket No. 14 & 15) are **GRANTED**;

2. The Clerk of the Court **CLOSE** this case; AND

3. The Clerk of the Court transmit a copy of this Order to all counsel of record and mail a copy to *pro se* Plaintiff.

                                                                 /s/
                                        Alexander Williams, Jr.
                                        United States District Judge